BEFORE THE FIRST DIVISION, JANUARY 17, 1950

**No. 53915.**—Ruben Bead Importing Co. v. United States, protest 133400–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of alabaster beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 53916.**—Roche-Organon, Inc. v. United States, protest 135715–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.